# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BILLY MACK NICHOLS, JR.**                                                                 **PLAINTIFF**
**ADC #092713**

**V.**                   **NO. 4:25-cv-00030-KGB-ERE**

**DEXTER PAYNE,** *et al.*                                                   **DEFENDANTS**

## ORDER

*Pro se* plaintiff Billy Mack Nichols, Jr. asks to stay all proceedings in this lawsuit. *Doc. 5*. In his motion, Mr. Nichols explains that, on January 17, 2025, January 18, 2025, and January 21, 2025, Arkansas Division of Correction officers Watson and Litzey (non-parties) destroyed his "incoming legal mail." However, Mr. Nichols does not describe what legal mail these officers allegedly destroyed. A prisoner's privileged legal mail is narrowly defined as "mail to or from an inmate's attorney and identified as such." *Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir. 1997). Assuming, for purposes of this motion, that the mail Mr. Nichols references was protected legal mail, the proper remedy is not a stay of these proceedings. Instead, the Court will provide Mr. Nichols additional time to respond to the Court's January 16, 2025 Order.

IT IS THEREFORE ORDERED THAT:

1.     Mr. Nichols' motion to stay (*Doc. 5*) is DENIED.

2. The Clerk is instructed to provide Mr. Nichols a copy of *Doc. 4*, along with a copy of this Order.

3. Mr. Nichols may now have until March 7, 2025, to pay the statutory filing fee.

SO ORDERED 4 February 2025.

_____
UNITED STATES MAGISTRATE JUDGE