## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BILLY MACK NICHOLS, JR.**                                                    **PLAINTIFF**

**v.**                          **Case No. 4:25-cv-00030-KGB**

**DEXTER PAYNE,** *et al.*                                                      **DEFENDANTS**

## <u>ORDER</u>

Before the Court is Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 13). Plaintiff Billy Mack Nichols, Jr. has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). Nichols's complaint is dismissed without prejudice for failure to comply with Magistrate Judge Ervin's February 4, 2025, Order requiring Nichols to pay the filing fee and for failure to prosecute (Dkt. No. 6). Nichols's renewed motion to stay all proceedings and supplemental complaint is denied as moot (Dkt. No. 16). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

It is so ordered this 18th day of March, 2026.

Kristine G. Baker
Chief United States District Judge